# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                      **CASE NO.**   23-20007-DDC-TJJ

**KYISHA SIMMONS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**Theft of Mail**
**[18 U.S.C. § 1709]**

On or about June 28, 2021, in the District of Kansas, the defendant,

**KYISHA SIMMONS,**

being an employee of the United States Postal Service did steal and remove from the mail, a greeting card containing a Wal-Mart gift card, which came into her possession, and was intended to be conveyed by mail. In violation of Title 18, United States Code,

1

Section 1709.

## COUNT 2

### Theft of Mail
### [18 U.S.C. § 1709]

On or about July 16, 2021, in the District of Kansas, the defendant,

**KYISHA SIMMONS,**

being an employee of the United States Postal Service did steal and remove from the mail, a greeting card containing a Wal-Mart gift card, which came into her possession, and was intended to be conveyed by mail. In violation of Title 18, United States Code, Section 1709.

## COUNT 3

### Delay of Mail
### [18 U.S.C. § 1703]

On or about October 5, 2021, and continuing until on or about October 13, 2021, in the District of Kansas, the defendant,

**KYISHA SIMMONS,**

being an employee of the United States Postal Service delayed and detained mail that was entrusted to her, which was intended to be carried and delivered by any carrier and employee of the Postal Service.

In violation of Title 18, United States Code, Section 1703(a).

                                                                   A TRUE BILL.

February 9, 2023                      s/Foreperson
DATE                                     FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: **/s/ Jabari B. Wamble**
JABARI B. WAMBLE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: jabari.wamble@usdoj.gov
Ks. S. Ct. No. 22730

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# PENALTIES

## Counts 1 -2 - Theft of Mail

- Punishable by a term of imprisonment of not more than (5) years. 18 USC § 1709;
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2);
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3);
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

## Count 3 - Delay of Mail

- Punishable by a term of imprisonment of not more than (5) years. 18 USC § 1703(a);
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2);
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3);
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).